IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHANIE PEREZ, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No. 4:17-cv-01566 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Whereas Plaintiff Stephanie Perez and Defendant The Lincoln National Life Insurance Company have filed a joint stipulation of dismissal [Document 15] pursuant to the Federal Rules of Civil Procedure, it is hereby

ORDERED that all of Plaintiff's claims against Defendant in the above styled case are hereby dismissed with prejudice. Each party shall bear its own costs, attorneys' fees, and expenses.

_____
HONORABLE LEE H. ROSENTHAL
Chief United States District Judge

1/4320414.2